# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-3536 ODW(PJWx) | Date | June 16, 2010 |
| Title | United States of America v. Michael F. Baltaxe | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order Continuing OSC Re Settlement Hearing**

The OSC re Settlement hearing scheduled for June 21, 2010 at 1:30 p.m. is hereby CONTINUED to **Monday, July 12, 2010 at 1:30 p.m.** The hearing will be automatically vacated upon receipt by the Court of a Stipulation and Proposed Order of Dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |