1  GOLDSMITH & HULL, P.C./Our File No.5100421
   Eric Mintz, State Bar No. 207384
2  16933 Parthenia Street
   Northridge, California 91343
3  Telephone:  (818) 990-6600
   Telecopier:  (818) 990-6140
4  **govdept1@goldsmithcalaw.com**

5  Attorneys for Plaintiff
   United States of America

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. ACV09-03536 ODW (PJWx) |
| Plaintiff, | ) NOTICE OF SETTLEMENT AND |
| vs. | ) REQUEST FOR DISMISSAL OF |
|  | ) ACTION WITH THE COURT |
| MICHAEL F. BALTAXE, | ) RESERVING JURISDICTION TO |
|  | ) ENFORCE TERMS OF SETTLEMENT |
| Defendant(s). | ) AND ORDER THEREON |
|  | ) Local Rules 16-14.7 and 40-2] |

Pursuant to Local Rules of Court 16-14.7 and 40-2:

**NOTICE IS HEREBY GIVEN** by Plaintiff that Plaintiff, UNITED STATES OF AMERICA, is accepting payments on the claim herein from Defendant, MICHAEL F. BALTAXE. This is pursuant to a Stipulation for Entry of Judgment Upon Default which is to remain unfiled unless there is a default in compliance with the terms set forth in said Stipulation.

The parties hereby request that this case be dismissed with the Court reserving

//
//
//
//

jurisdiction solely for the purpose of enforcing the terms of the Stipulation for Entry of Judgment Upon Default if deemed necessary by the plaintiff.

Dated: June 2͟͞, 2010                              GOLDSMITH & HULL, P.C.

By ͟͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞
Eric Mintz
Attorneys for Plaintiff
United States of America

Dated: June 23, 2010

͟͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞͞
Michael F. Baltaxe
Defendant

Notice of Settlement                            2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16933 Parthenia Street, Northridge, California 91343.

On the date set forth below I served the foregoing document described as NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF ACTION RESERVING JURISDICTION TO ENFORCE TERMS OF SETTLEMENT and ORDER DISMISSING CASE AND RESERVING JURISDICTION on the interested parties in this action by placing a [ ] duplicate original(s) [X] true copy(ies) thereof enclosed in a sealed envelope addressed [X] as follows [ ] as stated on the attached list:

LAW OFFICES OF MICHAEL F. BALTAXE
*PERSONAL & CONFIDENTIAL
ATTN: MR. BALTAXE
31365 OAK CREST DR., SUITE 220
WESTLAKE VILLAGE, CA 91361

[X] BY MAIL. [ ] I deposited such envelope, postage thereon fully prepaid, in the United States mail at Northridge, California.

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] BY PERSONAL SERVICE. I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[ ] STATE. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct

[X] FEDERAL. I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on June 24, 2010 at Northridge, California

_____
Megan Abner

Notice of Settlement                                        4