GOLDSMITH & HULL, P.C./Our File No. 5100421
Eric Mintz, State Bar No. 207384
16933 Parthenia Street
Northridge, California 91343
Telephone: (818) 990-6600
Telecopier: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ACV09-03536 ODW (PJWx) |
| Plaintiff, | |
| vs. | ORDER DISMISSING CASE AND COURT RESERVING JURISDICTION |
| MICHAEL F. BALTAXE, | [Proposed] |
| Defendant(s). | |

IT IS HEREBY ORDERED that the above-entitled case is dismissed without prejudice with the Court reserving jurisdiction for the sole purpose of enforcing the terms of the Stipulation For Entry of Judgment Upon Default executed by the parties.

Dated: _____

_____
HON. OTIS D. WRIGHT II
United States District Court